IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-mj-7188-MAB |
| | ) | |
| BENJAMIN S. HERNANDEZ, | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Section 1470 |
| | ) | |

## CRIMINAL COMPLAINT

I, Paul Carbini, Special Agent with the Federal Bureau of Investigations, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1
### ATTEMPT TRANSFER OF OBSCENE MATTER TO A MINOR

On or about July 31, 2026, in Madison County, Illinois, and elsewhere, within the Southern District of Illinois,

**BENJAMIN S. HERNANDEZ,**

defendant herein, did, by means of interstate and foreign commerce, knowingly attempt to transfer obscene matter to Minor Victim, who had not attained the age of 16 years, knowing that Minor Victim had not attained the age of 16 years, to wit: an obscene image of a penis, in violation of Title 18, United States Code, Section(s) 1470.

## AFFIDAVIT

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been employed in this capacity since December 2022. I am currently assigned to a squad in the

Fairview Heights Resident Agency of the Springfield Division that investigates a wide variety of federal crimes, including violent crimes against children.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for search warrants, and I have conducted interviews of defendants and witnesses. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Defendant committed violations of Title 18, United States Code, Section 1470.

4. Your affiant interviewed complainant B.D. on August 13, 2026. B.D. met Benjamin S. Hernandez via Facebook Dating[1] in or around July 2026. Hernandez's Facebook page had the display name "Beny Solis". B.D. believed that Hernandez only spoke Spanish. During their communications, Hernandez learned about B.D. and her children. Hernandez learned that B.D. had a 10-year-old daughter, hereinafter referred to as "Minor-1"[2]. Hernandez learned that Minor-1 had a TikTok account and told B.D. that he was going to follow

---

[1] Facebook Dating is an in-application dating service built directly into the mobile Facebook application.

[2] The minor's identity is known to law enforcement, but to ensure the protection of her identity, her name is not being included in this warrant.

Minor-1's TikTok account. Hernandez' TikTok account was identified as @bennysolis498.

5. On the evening of July 28, 2026, B.D. was awoken by TikTok notifications on her cellular device. She opened the notifications and observed messages sent via TikTok between Hernandez and Minor-1. , B.D. observed messages where Hernandez asked Minor-1 what she does with her boyfriend, asked Minor-1 if she does inappropriate things with her boyfriend, and asked Minor-1 to send him pictures of herself.

6. On July 29, 2026, B.D. had her son block Hernandez' TikTok account from Minor-1's account. B.D. disclosed what had occurred to her two coworkers. One co-worker suggested that they message Hernandez from a TikTok account while purporting to be Minor-1. B.D. and her coworker used a TikTok account purporting to be Minor-1 to message Hernandez' TikTok account. Your affiant met with B.D. on August 26, 2026, and documented the messages between the purported Minor-1 account and Hernandez' account. During the conversation on TikTok, the conversation was moved to text message using the co-worker's cell phone number, but continuing to purport to be Minor-1.

7. On July 31, 2026, the phone number used by Hernandez first contacted purported Minor-1, calling Minor-1 by name. During the text conversation, Hernandez agreed to send a picture of his penis if he receives a picture of Minor-1's vagina in return. Hernandez's phone number then sent a picture which depicted a male naked from the waist down, laying on a bed, and his erect penis is visible. A blue and white blanket and part of a bedframe were also visible in this picture.

8. Your affiant obtained AT&T subscriber data for the phone number identified as belonging to Hernandez. Records from AT&T identified Benjamin Solis Hernandez as the subscriber

since July 4, 2024, with the address of 108 Hodge Street, East Alton, Illinois, 62024. Toll records provided by AT&T showed Hernandez' phone number communicating with the purported Minor-1 phone number, belonging to B.D's coworker, on July 31, 2026.

9. On October 21, 2026, your affiant executed a federal search warrant for the search of the person of Hernandez and the residence, 108 Hodge Street, East Alton, Illinois. One Samsung cellular telephone was seized from Hernandez's person. A review of the device determined that the device had the same telephone number that had been communicating with B.D. while purporting to be Minor-1. TikTok account @bennysolis498 was signed into the TikTok account located on the device. During the search of Hernandez's bedroom, law enforcement personnel observed a bed frame and a blue and white blanket that appeared to match the items in the picture of the penis sent to purported Minor-1.

10. On October 21, 2026, your affiant interviewed Benjamin Hernandez. An FBI Language Analyst was used as an interpreter. Hernandez was provided and read his Miranda Rights in Spanish prior to be asked any questions. Hernandez stated that he understood his rights and agreed to speak with your affiant. Hernandez confirmed that his telephone number was the same telephone number as that which was communicating with purported Minor-1. Your affiant showed Hernandez screenshots of the TikTok and text messages with purported Minor-1. Hernandez confirmed that he sent those messages. He claimed he believed the incoming messages were sent by a scammer. Your affiant showed Hernandez the picture which depicted a male naked from the waist down, laying on a bed, and his erect penis is visible. Hernandez confirmed that was him in the picture and he had sent the picture.

**CONCLUSION**

11. Based on the foregoing, I submit that there is probable cause to believe that Defendant violated 18 U.S.C Section §1470, as detailed above.

FURTHER AFFIANT SAY NAUGHT.

Paul Carbini
Special Agent
Federal Bureau of Investigation

STEVEN D. WEINHOEFT
UNITED STATES ATTORNEY

Alexandria Burns
Assistant United States Attorney

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic means on October 22, 2026.

HON. MARK A. BEATTY
United States Magistrate Judge